THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Andrew Leonter
 Reid, Appellant.
 
 
 

Appeal From Richland County
James R. Barber, III, Circuit Court Judge
Unpublished Opinion No. 2009-UP-464
Submitted October 1, 2009 October 12,
 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Andrew
 Leonter Reid appeals his sentence for trafficking in marijuana over ten pounds
 but less than one hundred pounds, arguing the trial court abused its discretion
 by sentencing Reid to a longer term of incarceration than was received by his
 co-defendants.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
Huff, Thomas, and Pieper, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.